397 A.2d 444

**Walter J. FLASINSKI**

v.

**Julia Novashelski FLASINSKI, Appellant.**

Superior Court of Pennsylvania.

Submitted June 12, 1978.

Decided Feb. 2, 1979.

Arnold E. Rubin, Media, for appellant.

William B. Borrebach, Jr., Media, for appellee.

Before JACOBS, President Judge, and HOFFMAN, CERCONE, PRICE, VAN der VOORT, SPAETH and HESTER, JJ.

Opinion

PER CURIAM:

Decree affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

JACOBS, former President Judge, and HOFFMAN, J., did not participate in the consideration or decision of this case.